DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH CATALDO,** as Trustee of the **GERMANO FAMILY TRUST,**
Appellant,

v.

**KIM MARIE SHAUGHNESSY,**
Appellee.

No. 4D2024-1293

[May 14, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Louis Howard Schiff, Judge; L.T. Case No. 062023CC002443AXXXNO.

Mahra Sarofsky and Brittany Paige Borck of Lippes Mathias LLP, West Palm Beach, for appellant.

Robert Chase Meacham, Corey Daniel Cohen, and Jennifer Helmy Wahba of Tripp Scott, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***